■ In the Matter of BERNARD PATTERSON, Appellant, v NEW YORK STATE COMMISSIONER OF CORRECTION, Respondent. [608 NYS2d 884] —Appeal from a judgment of the Supreme Court (Hemmett, J.), entered March 24, 1993 in Washington County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition for, *inter alia,* failure to exhaust administrative remedies.

Supreme Court correctly concluded that petitioner failed to exhaust his administrative remedies with respect to his request to expunge allegedly incorrect information in his records. Petitioner never sought administrative correction of the alleged inaccuracies prior to commencing this proceeding although such a procedure was available to him by regulation.

Cardona, P. J., Mikoll, Crew III, White and Weiss, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. WUNDERS JR., Appellant, v RAUL RUSSI, as Chairman of the New York State Division of Parole, et al., Respondents. [608 NYS2d 884] —Appeal from a judgment of the Supreme Court (Coutant, J.), entered March 24, 1993 in Broome County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, after a hearing.

Supreme Court properly determined that petitioner was not entitled to habeas corpus relief. It was at petitioner's request that the final parole revocation hearing was adjourned. Petitioner was therefore not denied his right to a timely final hearing. His remaining arguments have been considered and found to be lacking in merit.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.